362 F.2d 264
 Charles Joseph REIMER, Appellant,
v.
Dr. George J. BETO, Director, Texas Department of Corrections, Appellee.
 No. 22898.
 United States Court of Appeals Fifth Circuit.
 June 13, 1966.
 Rehearing Denied August 3, 1966.
 Certiorari Denied October 10, 1966.
 
 See 87 S.Ct. 189.
 Appeal from the United States District Court for the Southern District of Texas; Joe M. Ingraham, Judge.
 John H. Regner, S. John Odom, Houston, Tex., for appellant.
 Sam R. Wilson, Asst. Atty. Gen., Houston, Tex., Gilbert J. Pena, Lonny F. Zwiener, Assts. Atty. Gen., Austin, Tex., Waggoner Carr, Atty. Gen. of Texas, Hawthorne Phillips, First Asst. Atty. Gen., T. B. Wright, Executive Asst. Atty. Gen., Howard M. Fender, Asst. Atty. Gen., Austin, Tex., for appellee.
 Before TUTTLE, Chief Judge, RIVES, Circuit Judge, and CHOATE, District Judge.
 PER CURIAM.
 
 
 1
 The Judgment is affirmed.